UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STAES OF AMERICA,

                Plaintiff,

    - *against* –                             17 CR 424 (LMS) (KMK)

JEFFREY McCASKILL,                          ORDER

                Defendant.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**

      Mr. Deveraux Cannick, counsel for Defendant McCaskill, represents that on Monday, July 5, 2017, the Court asked Mr. Cannick to take a Criminal Justice Act assignment in this matter. Mr. Cannick agreed to take the assignment, but due to a delay the presentment did not occur until Monday, August 14, 2017. As such, the record errantly reflects that Mr. Cannick was not assigned to this matter until the presentment.

      Therefore, this Court **ORDERS** nunc pro tunc that Mr. Cannick's appointment date is amended to Monday, July 5, 2017.

Dated: July 14, 2020
       White Plains, New York

                                            SO ORDERED,

                                            Lisa Margaret Smith
                                            United States Magistrate Judge
                                            Southern District of New York